NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EDO RECONNAISSANCE SURVEILLANCE SYSTEMS, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>PHOENIX LOGISTICS, INC., <br><br>　　　　　　Defendant. | Case No. C 05-2789 JF (PVT) |
| PHOENIX LOGISTICS, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>EDO RECONNAISSANCE SURVEILLANCE SYSTEMS, INC., <br><br>　　　　　　Defendant. | Case No. C 06-80065 MISC <br><br><br>ORDER RELATING CASES |

Case No. C 05-2789 JF (PVT)
ORDER RELATING CASES
(JFLC2)

1   It is HEREBY ORDERED that Case No. C 06-80065 MISC is related to Case No. C 05-
2   2789 JF (PVT).  The Clerk of the Court shall reassign to the undersigned Case No. C 06-80065
3   MISC.

6   DATED: 4/4/06

                                              JEREMY FOGEL
                                              United States District Judge

2

Case No. C 05-2789 JF (PVT)
ORDER RELATING CASES
(JFLC2)

1 | Copies of Order served on:

2 |

3 | H. Larry Elam , III    lelam@vetrialattys.com

4 | Patrick David Huard     phuard@llgm.com,

5 | Michael H. King     mking@llgm.com, mhanson@llgm.com

6 | Mark L. Venardi , Esq    mvenardi@vetrialattys.com

7 | Seth W. Wiener     seth.wiener@llgm.com

8 | Spencer R. Wood     swood@llgm.com, mhanson@llgm.com

9 | Mark L. Venardi, Esq.
H. Larry Elam, III
10 | Venardi Elam LLP
The Ordway Building, Suite 445
11 | One Kaiser Plaza
Oakland, CA 94612

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-2789 JF (PVT)
ORDER RELATING CASES
(JFLC2)