\*\*E-filed 7/21/06\*\*

1  Ronald F. Remmel (State Bar #87628)
   Gabriel G. Gregg (State Bar #187333)
2  NEWTON REMMEL
   A Professional Corporation
3  1451 Grant Road, P.O. Box 1059
   Mountain View, CA 94042
4  Telephone: (650) 903-0500
   Facsimile: (650) 967-5800
5
   Attorneys for Friend of the Court
6  URI LIFSCHITZ

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12 PHOENIX LOGISTICS, INC., an Arizona ) Case No.: 5:06-MC-80065 JF
   corporation,                       )
13                                    ) [PROPOSED] ORDER GRANTING URI
              Petitioner,             ) LIFSCHITZ'S ADMINISTRATIVE
14                                    ) MOTION FOR A SEALING ORDER
       vs.                            ) RELATING TO:
15                                    )
   EDO RECONNAISSANCE AND             ) (1) URI LIFSCHITZ'S "FRIEND OF
16 SURVEILLANCE SYSTEMS, INC., a      )     THE COURT" BRIEF IN SUPPORT
   Delaware corporation,              )     OF EDO RECONNAISSANCE AND
17                                    )     SURVEILLANCE SYSTEMS,
              Respondent.             )     INC.'S MOTION TO VACATE THE
18                                    )     ARBITRATION AWARD; AND
                                      ) (2) THE DECLARATION OF URI
19                                    )     LIFSCHITZ IN SUPPORT OF HIS
                                      )     "FRIEND OF THE COURT" BRIEF
20 _____ )

21

22

23

24

25

26

27

28
   [PROPOSED] ORDER RE LIFSCHITZ'S ADMINISTRATIVE MOTION FOR A SEALING ORDER

Uri Lifschitz's Motion for a Sealing Order Relating to its "Friend of the Court" Brief in Support of EDO Reconnaissance and Surveillance Systems, Inc.'s Motion to Vacate the Arbitration Award, having been filed before the Honorable Jeremy Fogel of the United States District Court for the Northern District of California, and the Court having considered the papers filed and served herein;

IT IS HEREBY ORDERED that Uri Lifschitz's Administrative Motion for a Sealing Order (the "Motion") is granted. Pages 9 and 10 of Uri Lifschitz's "Friend of the Court" Brief in Support of its Motion to Vacate the Arbitration Award (the "FOC Brief") will be sealed. In addition, Pages 2 and 3 of Uri Lifschitz's Declaration In Support of the FOC Brief ("Lifschitz Declaration") will be sealed. One copy of the unredacted FOC Brief and one copy of the unredacted Lifschitz Declaration will be maintained under seal in a secure location at the Courthouse or other Court-designated depository for Judge Fogel, and second copies of will be maintained under seal in a secure location at the Courthouse or other Court-designated depository for appellate review. One copy of the redacted FOC Brief and Lifschitz Declaration will be filed by the Clerk in the public record.

Dated: __July 21_____, 2006        _____
                                      United States District Court Judge Jeremy Fogel

[PROPOSED] ORDER RE LIFSCHITZ'S ADMINISTRATIVE MOTION FOR A SEALING ORDER - 1 -

<u>PROOF OF SERVICE - §1013a, §2015.5 C.C.P.</u>

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SANTA CLARA    )

I am now, and at all times herein mentioned, over the age of eighteen (18) years, a resident of the County of Santa Clara; not a party to the within action or cause; and that my business address is 1451 Grant Road, Mountain View, CA 94040. On the below named date, I caused to be served a copy of the attached:

**[PROPOSED] ORDER GRANTING URI LIFSCHITZ'S ADMINISTRATIVE MOTION FOR A SEALING ORDER RELATING TO:**

**(1) URI LIFSCHITZ'S "FRIEND OF THE COURT" BRIEF IN SUPPORT OF EDO RECONNAISSANCE AND SURVEILLANCE SYSTEMS, INC.'S MOTION TO VACATE THE ARBITRATION AWARD; AND**
**(2) THE DECLARATION OF URI LIFSCHITZ IN SUPPORT OF HIS "FRIEND OF THE COURT" BRIEF**

on the parties in said action as follows:

__X__   (BY OVERNIGHT DELIVERY/FEDERAL EXPRESS) by placing a true copy thereof enclosed in a sealed envelope, with delivery fees prepaid, deposited with the authorized overnight/Federal Express carrier/box at Mountain View, California, addressed as follows:

_____   (BY PERSONAL SERVICE) by causing to be personally delivered by hand and leaving a true copy with the person(s) named below and/or a person having charge of the office at the address shown below:

_____   (BY FACSIMILE) by transmitting the foregoing document(s) by facsimile to the party(ies) identified below by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of July, 2006 at Mountain View, California.

_____
Elise Dresser

[PROPOSED] ORDER RE LIFSCHITZ'S ADMINISTRATIVE MOTION FOR A SEALING ORDER - 2 -

*EDO RECONNAISSANCE & SURVEILLANCE SYSTEMS, INC., et al.*
U.S.D.C. (N.D. Cal.) Action No. C-05-02789 JF

**MASTER SERVICE LIST**

| | |
|---|---|
| Attorneys for Counter-Claimant PHOENIX LOGISTICS, INC. | Mark L. Venardi, Esq.<br>H. Larry Elam, III, Esq.<br>VENARDI · ELAM LLP<br>Two Ygnacio Center, #750<br>2033 N. Main Street<br>Walnut Creek, CA  94596<br>T:  (925) 937-3900<br>F:  (925) 937-3905 |
| Attorneys for Counter-Defendants EDO RECONNAISSANCE & SURVEILLANCE SYSTEMS, INC., EDO CORPORATION | Michael H. King, Esq.<br>Spencer R. Wood, Esq.<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>Two Prudential Center<br>180 N. Stetson Avenue, #3700<br>Chicago, IL  60601<br>T:  (312) 794-8000<br>F:  (312) 794-8100<br><br>Seth W. Wiener, Esq.<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>One Embarcadero Center, #400<br>San Francisco, CA  94111-3619<br>T:  (415) 951-1100<br>F:  (415) 951-1180 |

[PROPOSED] ORDER RE LIFSCHITZ'S ADMINISTRATIVE MOTION FOR A SEALING ORDER - 3 -