*e-filed 8/2/06

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                      SAN JOSE DIVISION

9   EDO RECONNAISSANCE,              CV-05-2789-JF
            Plaintiff,                    and Related Case MC-06-80065-JF
10                                   ORDER OF DISMISSAL

11      V.

12   PHOENIX LOGISTICS,
              Defendant.
13   _____/

14

15      The parties hereto, by their counsel, have advised the Court that they have agreed to a

16   settlement of this case.

17      IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if

18   any party hereto shall certify to this Court, within ninety days, with proof of service of a copy

19   thereof, that the agreed consideration for said settlement has not been delivered over, the

20   foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the

21   calendar to be set for trial.

22

23   Date: August 2, 2006

24                          _____
                             JEREMY FOGEL
                             United States District Judge

25

26

27

28